## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMISON BRUMMEL, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:12-cv-02544-KHV-DJW |
| v. ) | |
| ) | |
| PROGRESSIVE FINANCIAL SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

The parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action with prejudice, each party to bear its own costs and attorney's fees.

Dated: August 12, 2013

Respectfully submitted,

WOOD LAW FIRM, LLC

By   /s/ *Noah K. Wood*
Noah K. Wood          KS Bar #23238
noah@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiff

SPENCER FANE BRITT & BROWNE, LLP

By   /s/ *Joshua C. Dickinson*
Joshua C. Dickinson      KS Bar #20632
jdickinson@spencerfane.com
Bryant T. Lamer          KS Bar #22722
blamer@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64106
T: (816) 474-8100
F: (816) 474-3216
Attorneys for Defendant